**CERTIFICATE OF SERVICE**

The undersigned, John E. Freund, attorney for Defendant, hereby certifies that a true and correct copy of the foregoing Defendants' Answer with Affirmative Defenses has been filed electronically upon:

Randy H. Kaplan, Esquire
Randy H. Kaplan Law Offices
American Financial Realty Center
610 Old York Road, Suite 200
Jenkintown PA 19046

DATE: March 10, 2008

BY: /s/ John E. Freund, III
John E. Freund, III, Esquire