**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DR. JERALD THOMPSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | NO. 07-5247 |
| ALLENTOWN SCHOOL DISTRICT, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 29th day of December, 2008, following the Final Pretrial Conference held on December 22, 2008, IT IS HEREBY ORDERED that:

1. Plaintiff shall respond to Defendant's Motion in Limine to Preclude Expert Testimony (Dkt. No. 41) on or before Tuesday, December 30, 2008.[1]

2. on or before Friday, January 2, 2009, Plaintiff shall file objections, if any, to Defendant's proposed voir dire questions, notwithstanding Plaintiff's Motion to Preclude Defendant's proposed voir dire questions, which shall be considered by the Court;

3. on or before Friday, January 2, 2009, Plaintiff shall file objections, if any, to Defendant's proposed jury instructions filed on December 16, 2008, notwithstanding Plaintiff's Motion to Preclude Defendant's proposed jury

[1] Defendant's Motion was filed on December 10, 2008, therefore the Response was due on or before December 24, 2008.

instructions, which shall be considered by the Court;

4. on or before January 6, 2009, counsel for Plaintiff and Defendant shall submit memoranda to the Court citing supportive case law on the topic of whether Plaintiff may, without the aid of an expert, utilize life expectancy tables as an exhibit for jury consideration of Plaintiff's front pay and/or other damages claim.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge